

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00073-CR

Kevin **ODELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10875
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that the $2,000.00 fine is deleted.

As modified, the judgment of the trial court is AFFIRMED.

Counsel Richard B. Dulany, Jr.'s motion to withdraw is GRANTED.

SIGNED September 2, 2015.

_____
Karen Angelini, Justice